# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

DARIAN R. McGRIGGS

2005 JAN 31 P 4:0

**WARRANT FOR ARREST**

**07-207-M-01**

Case No. 04-2537M

ISSUED AS A DETAINER

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DARIAN R. McGRIGGS___
                                                                        *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with *(brief description of offense)*:

Speed 97/45 - MTA 21-801
No driver's license - MTA 16-101
Suspended license - MTA 16-303

**FILED**

MAY 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title _____ United States Code, Section(s) _____

___Felicia C. Cannon___                         ___Clerk, U.S. District Court___
Name of Issuing Officer                              Title of Issuing Officer

___Michele Sierra-Davis___                      ___January 25, 2005 - Greenbelt, MD___
Deputy Clerk                                                Date and Location

Bail fixed at $ ___No recommendation___    by ___Thomas M. D[signature]___
                                                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 01/31/05 | Name and Title of Arresting Officer William Martin DUSM | Signature of Arresting Officer [signature] |
|---|---|---|
| Date of Arrest 05/08/07 | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Defendant's Name: Darian R. McGriggs

Alias: _____

Last Known Residence: _____

Last Known Employment: _____

Place of Birth: _____

Date of Birth: _____

Social Security Number: _____

Height: _____         Weight: _____

Sex: Male                        Race: Black

Hair: Black                      Eyes: Brown

Scars, Tattoos, Other Distinguishing Marks: _____

FBI Number: _____

Complete Description of Auto: _____

Investigative Agency and Address: _____

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant

# United States District Court
## Violation Notice

**Loc. Code:** MY-90
**Violation No.:** P132799
**Officer Name:** ZIELINSKI
**Officer No.:** 470

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 4/14/04 2355
**Offense Charged:** MTA 81-801
**Offense Description:** NB BW PKWY B/O ANNAPOLIS RD SPEED 97/45 RADAR M/L REAR ANTENNA, MOVING SAME DIRECTION

**Defendant Name:** MCGEIGGS
**First Name:** DAELAND R.

### VEHICLE DESCRIPTION
**Vehicle Tag No:** CBSHWS720J
**Tag State:** MD
**Year:** XP
**Make:** DDGE
**Color:** BLK

- A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
- B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  - ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
  - ☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE** — (not set)

**Court Address:**
US District Court
101 S Connecticut Ave NW
Washington DC 20001
(202) 273-0485

US District Court
411 Courthouse Sq
Alexandria VA 22314
(703) 299-2130

US District Court
6500 Cherrywood Ln #200
Hyattsville MD 20782
(301) 344-3315

**Collateral (type):** MA
**Physical Description:**
- Sex: M
- Race: B
- Height: 6-00
- Weight: 150
- Hair: BLK
- Eyes: BRO

**Weather Condition:** Clear
**Light:** (circled)
**Traffic Condition:** Light / Medium

P137799

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state this on _____, 19___ while exercising my duties as a law enforcement officer in the _____ District of _____.

_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above).

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____  _____
                Date                     Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____  _____
                Date                     US Magistrate Judge

*The page contains a United States District Court Violation Notice, rotated 90°, with the following handwritten entries:*

**United States District Court — Violation Notice**

- Violation No: P132800
- Loc Code: MY-90 / WED
- Date and Time of Offense: 4/14/07
- Place of Offense: NB BW Pkwy SO Anapous Rd
- Offense Charged: MTA 16-101
- Offense Description: NO OPERATORS LICENSE
- Front Officer Name: ZIELINSKI
- Officer No: 490
- Defendant Name: MC GRIGGS, DARIAN R
- Driver License No: WDC
- DL State: DC
- Vehicle Tag No: WDC
- Vehicle Tag State: MD
- Year: 05
- Vehicle Make: [illegible]
- Vehicle Color: BLK
- B ☒ YOU MUST APPEAR IN COURT
- Court Address: US District Court
- Your Court Date: —
- Date: 7/3/4
- Time: —

**Physical Description:**
- Sex: M
- Race: B
- Height: 6-00
- Weight: 150
- Hair: BLK
- Eyes: BRO
- Complexion: Med/Bro
- Traffic Conditions: N/A
- Weather Conditions: Clear
- Light: Heavy

Stamped: P132800

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on _____, 19___, while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines for narrative]

The foregoing statement is based upon
☐ my personal observation ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date _____ Officer's Signature _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date _____ US Magistrate Judge